# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138525

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                   SC: 138525
                                                    COA: 288138
                                                    Livingston CC: 05-015154-FH
JOHN ALDON CORRION,
        Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the March 11, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009                                   _____
                                                                    Clerk

d1116